BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
michael.ludwig@blankrome.com
Nicole N. Wentworth (SBN 334007)
nicole.wentworth@blankrome.com
Los Angeles, California 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendant
MUFG Union Bank, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTLE ACAYAN<br><br>                Plaintiff,<br><br>        v.<br><br>MUFG Union Bank d/b/a UnionBank; and DOES 1–20,<br><br>                Defendants. | Case No.: 3:22-cv-00650-L-MSB<br><br>[Assigned to Honorable M. James Lorenz]<br><br>JOINT MOTION TO STAY PENDING ACTION AND SUBMIT DISPUTE TO ARBITRATION (L.R. 7.2)<br><br>Complaint Served: May 11, 2022 |

## STIPULATION

Pursuant to Civil Local Rule 7.2, Defendant MUFG Union Bank, N.A. ("Defendant") and Plaintiff Krystle Acayan ("Plaintiff," collectively with Defendant, the "Parties"), by and through the undersigned counsel of record, hereby stipulate that this matter will be submitted to arbitration as follows:

1. Plaintiff filed the Complaint for Monetary Relief for Employment Discrimination (the "Complaint") in this matter on May 9, 2022.

2. Defendant filed an Answer to the Complaint on June 22, 2202. Defendant included as an affirmative defense that the Parties previously had entered into a binding agreement to arbitrate disputes between them, which would include all the claims asserted in the Complaint.

3. The Parties met and conferred about Plaintiff's obligation to arbitrate this dispute pursuant to the Mutual Dispute Resolution Agreement that Plaintiff agreed to electronically on April 6, 2021. The Mutual Dispute Resolution Agreement is attached hereto as Exhibit A, and confirmation of Plaintiff's electronic affirmation is attached hereto as Exhibit B.

4. As a result of the Parties meet and confer discussions, which included the exchange of additional information regarding Plaintiff's electronic affirmation, Plaintiff has agreed to submit this dispute to Arbitration pursuant to the terms of the Mutual Dispute Resolution Agreement.

5. Thus, the Parties agree that this action should be stayed, and Plaintiff will initiate arbitration according to the Mutual Dispute Resolution Agreement.

IT IS SO STIPULATED.

DATED: July 20, 2022    BLANK ROME LLP

By:  /s/ Nicole N. Wentworth
     Michael L. Ludwig
     Nicole N. Wentworth
Attorneys for Defendant
MUFG Union Bank, N.A.

DATED: July 20, 2022          LAW OFFICE OF OCTAVIO VELARDE

By:   */s/ Octavio Velarde*
     Octavio Velarde
     Attorney for Plaintiff
     Krystle Acayan

## SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Octavio Velarde, counsel for Plaintiff Krystle Acavan, and that I have obtained Mr. Velarde's authorization to affix his electronic signature to this document.

By:   */s/ Nicole N. Wentworth*
     Nicole N. Wentworth